UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT CHATTANOOGA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | 1:16-cr-124 |
| v. ) | |
| ) | Judge Collier |
| JAMES SILAS ) | Magistrate Judge Steger |

# **O R D E R**

Defendant James Silas filed a motion to suppress all evidence obtained as a result of a wiretap authorized by this Court (Doc. 145), a motion to suppress all evidence derived from the seizure of Defendant's cell phone (Doc. 147), and a motion to suppress a photographic identification of Defendant (Doc. 151). These motions to suppress were referred to United States Magistrate Judge Christopher H. Steger for a report and recommendation pursuant to 28 U.S.C. § 636(b). Judge Steger filed a Report and Recommendation on August 24, 2017 ("R&R 1") as to the suppression of the photographic identification and the seizure of the cell phone. (Doc. 246.) Judge Steger filed a second Report and Recommendation on August 28, 2017 ("R&R 2" and collectively, the "R&Rs") as to the intercepted wire communications. (Doc. 247.) In each, Judge Steger recommended the denial of Defendant's respective motions to suppress. (Docs. 246 and 247.) Defendant objected to R&R 1 on September 7, 2017 (Doc. 249) and to R&R 2 on September 11, 2017 (Doc. 250).

For the reasons expressed in the accompanying memorandum, the Court **ACCEPTS and ADOPTS** the R&Rs (Docs. 246, 247) and **DENIES** Defendant's motions to suppress (Docs. 145, 147, 151).

**SO ORDERED.**

**ENTER:**

**/s/**
**CURTIS L. COLLIER**
**UNITED STATES DISTRICT JUDGE**